

# THE THIRTEENTH COURT OF APPEALS

13-17-00405-CV

Maria Landa, Individually and on Behalf of the Estate of Elizabeth Landa, Deceased
v.
Noe Lira, M.D. and Juan Caceras, M.D.

On Appeal from the
319th District Court of Nueces County, Texas
Trial Cause No. 2014DCV-3842-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

May 30, 2019